UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CEDRIC CLEVELAND COLLINS | CIVIL ACTION |
| VERSUS | NO. 25-1742 |
| WAUN PICKETT, ET AL. | SECTION "J"(3) |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Collins's § 1983 claims against Judge Pickett and District Attorney Erny are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

It is **FURTHER ORDERED** that Collins's claim for damages is **DISMISSED WITH PREJUDICE** because a cause of action under § 1983 for damages attributable to an unconstitutional conviction or sentence does not accrue until the conviction or sentence has been invalidated. *See Boyd v. Biggers*, 31 F.3d 279, 284 (1994) ("Dismissal of the § 1983 action under 28 U.S.C. § 1915(d) is appropriate post-*Heck*, because the plaintiff's action has been shown to be legally frivolous."). *See also Stephenson v. Reno*, 28 F.3d 26 (5th Cir. 1994).

It is **FURTHER ORDERED** that Collins's request that his conviction be overturned be **DISMISSED WITHOUT PREJUDICE**, as legally frivolous and for seeking relief that cannot be granted in a § 1983 civil rights proceeding.

It is **FURTHER ORDERED** that any state law claims under 28 U.S.C. § 1367(c) against defendants are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 29th day of September, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE